UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH A. HERNANDEZ,<br><br>                Petitioner,<br>    v.<br>LeGRAND, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00697-MMD-WGC<br><br>ORDER |

      Petitioner's motion, through provisional counsel, for an extension of time (ECF No. 8) is granted, and the time for the Federal Public Defender to enter a notice of appearance or otherwise respond to the Court's prior order (ECF No. 3) is extended up to and including January 24, 2018.

      DATED THIS 4th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE