# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH A. HERNANDEZ,<br><br>　　　　　　　　Petitioner,<br>v.<br>LEGRAND, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00697-MMD-WGC<br><br>ORDER |

Petitioner's unopposed motion for an extension of time (ECF No. 12) is granted. Petitioner will therefore have until November 6, 2018, to file an amended petition for writ of habeas corpus in this case. As Petitioner recognizes, in granting the requested extension, the Court makes no finding or representation as to the timeliness of the petition, any amendments thereto, and/or any claims contained therein. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

DATED THIS 30th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE