UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH A. HERNANDEZ,<br><br>Petitioner,<br>v.<br><br>LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00697-MMD-WGC<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 21) is granted. Petitioner will have until January 28, 2019, to file an opposition to the Respondents' motion to dismiss.

DATED THIS 11th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE