UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH A. HERNANDEZ,<br><br>　　　　　　Petitioner,<br>　v.<br>LEGRAND, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00697-MMD-WGC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 25) is granted. Respondents will have until February 25, 2019, to file a reply to Petitioner's opposition to the Respondents' motion to dismiss.

DATED THIS 4th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE