# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH A. HERNANDEZ, | Case No. 3:17-cv-00697-MMD-WGC |
| Petitioner, | |
| v. | ORDER |
| LEGRAND, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 33) is granted. Petitioner has until December 3, 2019, to reply to Respondents' answer to the amended petition for writ of habeas corpus.

DATED THIS 26th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE